*Ellis F. Davis and W. McL. Christie,* for Defendant in Error.

B. A. Polk, Appellant, v. First National Bank & Trust Company in Orlando, a corporation, *et al.,* Appellees.

Appeal dismissed on motion of counsel for Appellees.
*A. B. Carlton,* for Appellant.
*McKay, Macfarlane, Jackson & Ramsey,* for Appellees.

R. H. Scarboro, *et ux.,* Appellants, v. O. M. Portwood, *et al.,* Appellees.

Appeal dismissed on motion of counsel for the respective parties.
*Wm. F. Maurer,* for Appellants.
*Chas. H. Crim,* for Appellees.

State of Florida, *ex rel.* Otis Elevator Company, *et al.,* Relators, v. Honorable T. Frank Hobson, Circuit Judge, *et al.,* Respondents.

Cause dismissed on motion of Counsel for Relators.
*Caraballo, Graham & Caraballo* and *Thompson, Aikin & Brock,* for Relators.
*Harris & Kennedy* and *Ellis & Watson,* for Respondents.

The Longmire Company, a corporation, Plaintiff in Error, v. C. S. Hasbrouck, Defendant in Error.